UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE INTERBANK FUNDING CORP. SECURITIES LITIGATION | Civil Action No. 02-1490 (JDB) |

**ORDER**

Upon consideration of the direction on remand by the United States Court of Appeals for the District of Columbia Circuit and the entire record herein, and for the reasons stated in the memorandum opinion issued on this date, it is this 26th day of May, 2006, hereby

**ORDERED** that claims against defendants CIBC World Markets Corp. and Radin Glass & Co. are **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that [80] plaintiffs' post-remand motion for leave to amend the complaint is **DENIED** as moot.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Copies to:

Adam T. Savett
MEHRI & SKALET, PLLC
1300 19th Street, NW, Suite 400
Washington, DC  20036
Email: asavett@findjustice.com

Donald J. Enright
Tracy D. Rezvani
FINKELSTEIN THOMPSON & LOUGHRAN
1050 30th Street, NW
Washington, DC  20007

Email: dje@ftllaw.com
Email: tdr@ftllaw.com

*Counsel for plaintiffs*


Dan L. Goldwasser
VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
805 Third Avenue
New York, NY  10022-2203

Michael L. Martinez
Theodore Sonde
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004-2595
Email: mmartinez@crowell.com
Email: tsonde@crowell.com

*Counsel for defendant Radin Glass & Co.*


Adam Seth Fels
Julia M. MacLaren
DeMaurice Fitzgerald Smith
LATHAM & WATKINS
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004
Email: adam.fels@lw.com
Email: julia.maclaren@lw.com
Email: demaurice.smith@lw.com

David M. Brodsky
Jeff G. Hammel
LATHAM & WATKINS, LLP
885 Third Avenue, Suite 1000
New York, NY  10022
Email: jeff.hammel@lw.com

Samuel O. Patmore
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
150 West Flagler Street
Miami, FL  33130

Email: spatmore@swmwas.com

*Counsel for defendant CIBC World Markets Corp.*